3:22-CV-1014-MMH-JBT

IN THE CIRCUIT COURT OF THE
7th JUDICIAL CIRCUIT IN
AND FOR Putnam COUNTY FLORIDA.

CASE NUMBER: 2022000035CFAXMX

Cali Bergandi
(PRINT YOUR NAME)
Post Office Box 1000
Chattahoochee, Florida 32324-1000

vs.

John Polisknowski, as the Hospital Administrator
of the Florida State Hospital, and
Shevaun Harris, as Secretary
of the Department of Children and
Family Services.

Respondents.

FILED 2022 SEP 19 PM 1:38 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

## PETITION FOR WRIT OF HABEAS CORPUS

COMES NOW Cali S. Bergandi and, petition this Honorable Court for a Writ of Habeas Corpus and would show:

1. This Court has jurisdiction over this cause under the provisions of Sections 916.107 (9)(a) and 916.16, Florida Statutes. Section 916.16, Florida Statutes, provides that no person who has been committed for hospitalization pursuant to the provisions of Chapter 916 can be released "except by order of the committing court". Therefore, only this Court can possibly afford me the relief that I am seeking herein, unless this Court relinquishes its jurisdiction over me and agrees for the Circuit Court in the county where I am hospitalized to have the authority to release me.

2. I was sent against my will to the Florida State Hospital at Chattahoochee, Gadsden County, Florida on Aug. 11, 2022 by Order of the Circuit Court in and for Putnam County, Florida.

1

3. I am being kept here against my will by John Polisknowski, as the Hospital Administrator of the Florida State Hospital, and by Shevaun Harris, as Secretary of the Florida Department of Children and Family Services.

4. I believe that I am being deprived of my freedom for wrong and illegal reasons.

5. I believe that depriving me of my freedom is illegal or wrong because: (State the facts and reasons that make your commitment illegal or wrong. Be as specific as possible. Attach additional sheets, if necessary.)

I am being illegally framed and entraped by our traffickers and abusers who have kidnapped my son keaton Bergandi-Smith through the courts by a judge Howard McGillin I was trafficked to as a child; I am falsely accused of "stalking" for calling my sons kidnappers phone to try to speak to him. We are in danger and the state of Florida is failing to protect us from a network of predators and pedophiles who are members of the Florida BAR, politicians, who are trying to silence & discredit me as a witness against them; who are responsible for kidnapping my son and I and trafficking us. see attached 2 pages

6. I am unable to afford an attorney.

WHEREFORE, I respectfully request that this Honorable Court:

A. Enter an Order authorizing my release from involuntary hospitalization at the Florida State Hospital, or

B. Issue a Writ of Habeas Corpus commanding John Polisknowski as the Hospital Administrator of the Florida State Hospital, to bring me in person to this Honorable Court for a hearing on this Petition, and

2

C. Appoint the Office of the Public Defender or another attorney to represent me in this matter, and

D. For such other relief as the nature of this matter may require.

**I SWEAR OR AFFIRM** that the above stated matter(s) are true and correct to the best of my knowledge, information, and belief.

_____
(SIGN YOUR NAME)

**STATE OF FLORIDA** )
                                  SS
**COUNTY OF GADSDEN** )

**BEFORE ME,** the undersigned authority, personally appeared the individual who has signed in my presence after being duly sworn and cautioned of the penalties of perjury for making knowingly false statements in the foregoing document. This individual's identity has been verified by me through:

_____ Personal knowledge or

_____ Sworn statement of a credible witness, which is attached hereto; or

_____ Production of identifying document: (list)
_Identified by dorm staff_

SWORN TO AND SUBSCRIBED before me this 18th day of August, 2022.

_Nelda Strickland_
NOTARY PUBLIC - STATE OF FLORIDA
Print Name: Nelda Strickland
My Commission Expires: May 19, 2026


NELDA STRICKLAND
Commission # HH 265538
Expires May 19, 2026

3



See attached 2 pages